


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : CRIMINAL NO. 02 - 444 |
|---|---|
| v. | : DATE FILED: |
| ANTHONY LAMAR WILLIAMS | : VIOLATIONS: 18 U.S.C. § 1344 (Bank Fraud – 1 Count) 18 U.S.C. § 510(a)(2) (Passing Forged U.S. Treasury Checks – 7 Counts) 18 U.S.C. § 2 (Aiding and Abetting) Notice of Forfeiture |

**FILED**
JUL 2 5 2002
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

1. At all times material to this indictment, First Union National Bank, N.A. ("First Union Bank") was a financial institution, as defined by Title 18, United States Code, Section 20, whose deposits were insured by the Federal Deposit Insurance Corporation.

2. From on or about March 15, 2000 to on or about September 30, 2000, in the Eastern District of Pennsylvania, defendant

**ANTHONY LAMAR WILLIAMS**

knowingly executed and attempted to execute a scheme to defraud a financial institution, and aided and abetted the execution and attempt to execute a scheme to defraud a financial institution, that is, First Union Bank.

1

## THE SCHEME

The following were part of the scheme:

3. Defendant ANTHONY LAMAR WILLIAMS received stolen checks, deposited these checks bearing forged endorsements on the back into bank accounts, and fraudulently withdrew money from the accounts based on the stolen checks. Many of these checks were drawn on the United States Treasury as payment to recipients of coal miners' survivors' benefits.

4. On or about the dates listed below, defendant ANTHONY LAMAR WILLIAMS, deposited into First Union Bank accounts, or caused to be deposited into First Union Bank accounts, the following checks, which checks had been fraudulently endorsed and from which checks ANTHONY LAMAR WILLIAMS had no right to receive funds (with the lawful payees listed by initials):

|    | **Deposit Date** | **Check Number** | **Check Amount** | **Account Drawn** | **Payee** |
|----|------------------|------------------|------------------|-------------------|-----------|
| 1. | 6/1/00           | 3236064          | $731.00          | U.S. Treasury     | J.V.F.    |
| 2. | 6/9/00           | 3236253          | $731.00          | U.S. Treasury     | J.G.L.    |
| 3. | 6/14/00          | 3236569          | $487.40          | U.S. Treasury     | M.Z.      |
| 4. | 6/19/00          | 3236258          | $487.40          | U.S. Treasury     | A.S.      |
| 5. | 6/23/00          | 3236256          | $487.40          | U.S. Treasury     | B.H.      |
| 6. | 6/23/00          | 3240411          | $487.40          | U.S. Treasury     | J.F.      |
| 7. | 6/26/00          | 3240401          | $487.40          | U.S. Treasury     | R.T.O.    |
| 8. | 7/11/00          | 126403           | $658.38          | AAA Mid-lantic    | D.S.      |

5. The First Union bank accounts into which defendant ANTHONY LAMAR WILLIAMS deposited or caused to be deposited the above checks, were bank accounts opened in the names of other persons, known to the Grand Jury as C.B. and J.V.F., which bank accounts

2

defendant ANTHONY LAMAR WILLIAMS unlawfully took over, accessed and controlled.

6. After depositing the checks, defendant ANTHONY LAMAR WILLIAMS, withdrew and/or directed other individuals unknown to the grand jury to withdraw funds on deposit with First Union Bank from the fraudulently endorsed stolen checks identified above.

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS TWO - EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates set forth below, at Philadelphia, in the Eastern District of Pennsylvania, defendant

### ANTHONY LAMAR WILLIAMS

with intent to defraud, knowingly uttered, passed and published, attempted to utter, pass and publish, and aided and abetted the uttering, passing, and publishing of, United States Treasury checks, as set forth below, in an aggregate amount exceeding $1,000.00, that is, approximately $3,899.00, all bearing falsely made and forged endorsements.

| Count | Deposit Date | Check Number | Check Amount | Issuer | Payee |
|---|---|---|---|---|---|
| 2 | 6/1/00 | 3236064 | $731.00 | U.S. Treasury | J.V.F. |
| 3 | 6/9/00 | 3236253 | $731.00 | U.S. Treasury | J.G.L. |
| 4 | 6/14/00 | 3236569 | $487.40 | U.S. Treasury | M.Z. |
| 5 | 6/19/00 | 3236258 | $487.40 | U.S. Treasury | A.S. |
| 6 | 6/23/00 | 3236256 | $487.40 | U.S. Treasury | B.H. |
| 7 | 6/23/00 | 3240411 | $487.40 | U.S. Treasury | J.F. |
| 8 | 6/26/00 | 3240401 | $487.40 | U.S. Treasury | R.T.O. |

All in violation of Title 18, United States Code, Sections 510(a)(2) and 2.

## NOTICE OF FORFEITURE

1.      As a result of the violations of Title 18, United States Code, Section 1344, set forth in Count 1 of this Indictment, the defendant

ANTHONY LAMAR WILLIAMS

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly as the result of the violations of Title 18, United States Code, Section 1344, as charged in this Indictment, including, but not limited to, the sum of $4,557.38 and;

2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

       (a)     cannot be located upon the exercise of due diligence;

       (b)     has been transferred or sold to, or deposited with, a third party;

       (c)     has been placed beyond the jurisdiction of the Court;

       (d)     has been substantially diminished in value; or

       (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to

the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL:

*Edward M. Mikus*
FOREPERSON

*Karen Magill*　　　**Deputy U.S. Attorney**
PATRICK L. MEEHAN
United States Attorney