UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-3817

UNITED STATES OF AMERICA

v.

ANTHONY LAMAR WILLIAMS,
Appellant

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 02-cr-00444)
District Judge: Honorable James T. Giles

FILED

MAY - 4 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Submitted Under Third Circuit LAR 34.1(a)
March 26, 2010

Before: RENDELL and FUENTES, Circuit Judges,
and KUGLER, District Judge*.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Eastern District of and was submitted pursuant to Third Circuit LAR 34.1(a) on March 26, 2010. On consideration whereof, it is now here

---

*Honorable Robert B. Kugler, Judge of the United States District Court for the District of New Jersey, sitting by designation.

     ORDERED and ADJUDGED by this Court that the appeal is hereby DISMISSED AS MOOT.  All of the above in accordance with the opinion of this Court.

                        ATTEST:

                        /s/Marcia M. Waldron
                        Clerk

Dated: April 8, 2010

Certified as a true copy and issued in lieu of a formal mandate on April 30, 2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2